Donna T. Parkinson – State Bar Number 125574
Thomas R. Phinney – State Bar Number 159435
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone:   (916) 449-1444
Facsimile:   (916) 449-1440
E-Mail: donna@parkinsonphinney.com

Attorneys for Judgment Creditor
Jindal Tubular USA, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINDAL TUBULAR USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GILMORE PIPE SALES, LLC,<br><br>Defendant. | No. 2:20-mc-0083 KJM DB<br><br>**ORDER TO APPEAR FOR EXAMINATION** |

## IT IS ORDERED

1. To: Danny Craig Gilmore a//k/a Dan Gilmore a/k/a/ Daniel Gilmore ("Gilmore").

2. **YOU ARE ORDERED TO APPEAR** personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of a money judgment against Gilmore Pipe Sales, LLC ("Gilmore Pipe").

Date: January 8, 2021, 9:30 am.

Address of the court is 501 I Street, Sacramento, CA 95814, 8th Floor, No. 27.

3. This order may be served by a sheriff, marshal or registered process server.

4. Pursuant to FRCP Rules 69 and 45 and California Code of Civil Procedure, attendance for examination and production of documentary evidence may be compelled in

{370/00001/DTP/A0416260.DOCX}

1

the manner provided in FRCP 45 by subpoena for the attendance of witnesses at a hearing or trial.

5. The examination shall not be scheduled earlier than 10 days after service under FRCP 45 and 30 days after service if production of documentary evidence is requested.

6. Nothing herein compels the production of privileged or other legally protected matter or precludes the filing of a motion to quash or a motion for a protective order.

7. **IMPORTANT NOTICE ABOUT THIS ORDER.  APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION TRUST, OR OTHER ORGANIZATION** It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.  This order is directed to Gilmore, as the managing member of Gilmore Pipe.

Dated:  September 23, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/tubular0083.jde.ord

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available, if you ask at least 5 days before your hearing. Contact the clerk's office to request accommodation.